IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br>WILLIAM T. RADER and DILLON M. SALVO,<br><br>              Defendants. | 8:23CR119<br><br>FINAL ORDER OF FORFEITURE |

       This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 112.   Having reviewed the record in this case, the Court finds as follows:

       1.      On June 20, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant, William T. Rader's, interest in the property described in Attachment A. Filing 74.

       2.      On September 9, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant, Dillon M. Salvo's, interest in the property described in Attachment A. Filing 110.

       3.      Five items listed in the two Preliminary Orders of Forfeiture have been administratively forfeited, to-wit: 4 suspected silencers and threaded caps, cup baffling, tube extensions, jig/template.

       4.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 25, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure.   A Declaration of Publication was filed herein on September 10, 2024. Filing No. 111.

      5.      The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

      6.      The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

      1.      The Plaintiff's Motion for Final Order of Forfeiture, Filing 112, is granted;

      2.      All right, title and interest in and to the property listed in Attachment A of the Motion for Final Order of Forfeiture which was seized from the Defendants on or about March 19, 2023, held by any person or entity are forever barred and foreclosed;

      3.      The property in Attachment A is forfeited to the Government; and

      4.      The Government is directed to dispose of that currency in accordance with the law.

Dated this 26th day of September, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge